IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 13 2026
BY ARTHUR JOHNSTON DEPUTY

UNITED STATES OF AMERICA

VERSUS CRIMINAL CASE: 2:26mj44-MTP-1

GREGORY HENDERSON, JR.

ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this court after appropriate inquiry that he (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, the Federal Public Defender is hereby APPOINTED to represent the defendant in above-styled and numbered cause.

Should this case proceed before a United States District Judge, the appointment shall, nevertheless, remain in effect until terminated or a substitute attorney is appointed or retained.

**SIGNED** on this the 13 day of August, 2026.

**United States Magistrate Judge**