AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 13 2026
BY ARTHUR JOHNSTON DEPUTY

United States of America
v.
GREGORY HENDERSON, JR.
*Defendant*

Case No. 2:26mj44-MTP-1

Charging District's Case No. 1:23cr123-JRS-MG-2

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Southern District of Indiana, Indianapolis Division .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

GH ☒ an identity hearing ~~and production of the warrant.~~

☐ a preliminary hearing. (not applicable)

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court. GH

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/13/26

[signature]
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

CRAIG ROSE
*Printed name of defendant's attorney*