**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**701 North Main Street, Suite 216**
**Hattiesburg, Mississippi 39401**
**(601) 255-6370**

**Michael T. Parker**
**U.S. Magistrate Judge**

August 13, 2026

Clerk of Court
United States District Court
Southern District of Indiana, Indianapolis Division
46 East Ohio Street, Room 105
Indianapolis, IN 46204

RE: USA v Gregory Henderson, Jr.
SD/IN No. 1:23cr123-JRS-MG-2
SD/MS No. 2:26mj44-MTP

Dear Sir or Madam:

Enclosed please find certified copies of the documents filed as a result of the Rule 5(c)(3) proceedings held before Magistrate Judge Mike Parker, including a certified copy of the docket summary.

If you need additional information, please do not hesitate to contact me.

Sincerely,

Kim Mitchell
Courtroom Deputy Clerk

\kpm
Enclosures